**NOTC**
**JONATHON R. PATTERSON ESQ.**
Nevada Bar No. 9644
**HURTIK LAW & ASSOCIATES**
6767 W. Tropicana Ave., Suite 200
Las Vegas, Nevada 89103
(702) 966-5200
(702) 966-5206 Facsimile
Attorney for Debtor,
DMVH LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | Case No.: 23-14026-NMC |
| DMVH LLC, ) | |
| ) | Chapter 11 Bankruptcy |
| ) | |
| Debtor. ) | |
| _____) | |

## NOTICE OF BANKRUPTCY PROCEEDINGS

NOTICE IS HEREBY GIVEN that Debtor, DMVH LLC, filed a petition for relief in accordance with Chapter 13 of the Bankruptcy Act, a true and correct copy of which is attached hereto as Exhibit "A." In accordance with 11 U.S.C. § 362, all proceedings in this case in relation to the Debtor are stayed.

DATED this 19th day of September, 2023.

**HURTIK LAW & ASSOCIATES**

/s/    *Jonathon R. Patterson*
_____
**JONATHON R. PATTERSON ESQ.**
Nevada Bar No. 9644
6767 W. Tropicana Avenue, Suite 200
Las Vegas, NV 89103
Attorney for Debtor,
DMVH LLC

**CERTIFICATE OF SERVICE**

**STATE OF NEVADA**    )
                       ) ss.
**COUNTY OF CLARK**    )

I, KAREN A. SUAREZ declare:

I am a resident of and employed in Clark County, Nevada.  I am over the age of eighteen years and not a party to the within action.  My business address is 6767 W. Tropicana Avenue, Suite 200, Las Vegas, Nevada 89117.

On September 19, 2023, I served the document described as **NOTICE OF BANKRUPTCY PROCEEDINGS** on the parties listed below:

| | |
|---|---|
| Armstrong Teasdale LLP<br>7160 Rafael Rivera Way, Suite 320<br>Las Vegas, NV 89113<br>Telephone (702) 678-5070<br>Facsimile (702) 878-9995<br>Email Bjohansson@atllp.com | Gregg Williams<br>425 30th Street, #9<br>Newport Beach, CA 92663<br>Telephone (949) 244-1918<br>Email gw@tridentpacificreg.com |
| JP Morgan Chase<br>P.O. Box 183222<br>Columbus, OH 43218-3222<br>Telephone 1 (877) 838-1882<br>Facsimile 1 (614) 422-7575 | Law Office of Hayes & Welsh<br>199 N. Arroyo Grande Blvd., Suite 200<br>Henderson, NV 89074<br>Telephone (702) 434-3444<br>Facsimile (702) 434-3739<br>Email Martinwelsh@lvlaw.com |
| Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019<br>Telephone 1 (888) 480-2432<br>Facsimile (214) 488-1993 / 1 (972) 459-1611 | National Default Servicing Corporation<br>7720 N. 16th Street Ste. 300<br>Phoenix, AZ 85020<br>Telephone (602) 264-6101<br>Facsimile (602) 264-6209 |
| Red Rock Financial Services<br>770 E. Warm Springs Road, Suite 320<br>Las Vegas, NV 89119<br>Telephone (702) 932-6887<br>Email jthompson@rrfs.com | Trident Pacific Real Estate Group, Inc.<br>425 30TH Street, #9<br>Newport Beach, CA 92663<br>Telephone (949) 244-1918<br>Facsimile (702) 878-9995 |

☒    **VIA U.S. MAIL:**  by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada.  I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing.  Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☒    **VIA FACSIMILE:**  by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he/she has filed in the cause and served on the party making the service.  The copy of the document served by facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which transmitted.  A confirmation of the transmission containing the facsimile telephone numbers to which the document(s) was/were transmitted will be maintained with the document(s) served.

1   ☒   **VIA ELECTRONIC SERVICE:**  by transmitting via electronic service maintained by court's electronic filing system, on whom it is served at the electronic service address as last given by that person on any e-document which he/she has filed in the action and served on the party making the service.  The copy of the document served by electronic service bears a notation of the date and time of transmission and the electronic mail address to which transmitted. A confirmation of the electronic service containing the electronic mail addresses to which the e-document(s) was/were transmitted will be maintained with the e-document(s) served.

I declare under penalty of perjury that the foregoing is true and correct.
Executed at Las Vegas, Nevada, on September 19, 2023.

/s/ *Karen A. Suarez*
_____
KAREN A. SUAREZ, an employee of
HURTIK LAW & ASSOCIATES

# EXHIBIT "A"

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DMVH LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 38-3923003 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **848 N. Rainbow Suite 502** **Las Vegas, NV 89107** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **DMVH LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. **If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).**

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

| Debtor | DMVH LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | Relationship | |
|---|---|---|---|---|---|
| Debtor | | | | | |
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

Debtor   **DMVH LLC**                                    Case number (*if known*)

Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **DMVH LLC**
  _____  Case number (*if known*) _____
  Name

<table>
<tr><td style="background:#000">   </td><td><strong>Request for Relief, Declaration, and Signatures</strong></td></tr>
</table>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 18, 2023**
               MM / DD / YYYY

X  **/s/ Nam Pham**                              **Nam Pham**
   Signature of authorized representative of debtor    Printed name

Title    **Managaing member**

**18. Signature of attorney**

X  **/s/ Jonathon R. Patterson**          Date  **September 18, 2023**
   Signature of attorney for debtor              MM / DD / YYYY

   **Jonathon R. Patterson Esq.**
   Printed name

   **Hurtik Law & Associates**
   Firm name

   **6767 W. Tropicana Avenue, Suite 200**
   **Las Vegas, NV 89103**
   Number, Street, City, State & ZIP Code

   Contact phone  **702-966-5200**    Email address  **jpatterson@hurtiklaw.com**

   **9644 NV**
   Bar number and State

**Fill in this information to identify the case:**

Debtor name  **DMVH LLC**

United States Bankruptcy Court for the:  **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trident Pacific Real Estate Group, Inc. 425 30th Street, #9 Newport Beach, CA 92663** | | | | | | $47,988.00 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 1

```
DMVH LLC
848 N. Rainbow Suite 502
Las Vegas, NV 89107

Jonathon R. Patterson
Hurtik Law & Associates
6767 W. Tropicana Avenue, Suite 200
Las Vegas, NV 89103

Armstrong Teasdale LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113

Gregg Williams
425 30th Street, #9
Newport Beach, CA 92663

JP Morgan Chase
Acct No xxxxxx3017
P.O. Box 183222
Columbus, OH 43218-3222

Law Office of Hayes & Welsh
199 N. Arroyo Grande Blvd., Suite 200
Henderson, NV 89074

Mr. Cooper
Acct No xxxx2523
8950 Cypress Waters Blvd.
Coppell, TX 75019

National Default Servicing Corporation
Acct No 21-30060-JP-NV
7720 N. 16th Street Ste. 300
Phoenix, AZ 85020

National Default Servicing Corporation
Acct No 19-01838-NS-NV
7720 N. 16th Street Ste. 300
Phoenix, AZ 85020

Red Rock Financial Services
Acct No xx7764
770 E. Warm Springs Road, Suite 320
Las Vegas, NV 89119

Trident Pacific Real Estate Group, Inc.
425 30th Street, #9
Newport Beach, CA 92663
```

# United States Bankruptcy Court
## District of Nevada

In re   **DMVH LLC**
_____
Debtor(s)

Case No. _____

Chapter    **11**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **DMVH LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 18, 2023**
_____
Date

**/s/ Jonathon R. Patterson**
_____
**Jonathon R. Patterson Esq.**
Signature of Attorney or Litigant
Counsel for   **DMVH LLC**
_____
**Hurtik Law & Associates**
**6767 W. Tropicana Avenue, Suite 200**
**Las Vegas, NV 89103**
**702-966-5200 Fax:702-966-5206**
**jpatterson@hurtiklaw.com**

**Xiomara Sanchez**

| | |
|---|---|
| **From:** | Fax <noreply@fax.goto.com> |
| **Sent:** | Tuesday, September 19, 2023 2:03 PM |
| **To:** | Xiomara Sanchez |
| **Subject:** | Fax successfully sent to +1 702-878-9995 | |



# Success!


Fax sent

Your fax to +1 702-878-9995 was successfully transmitted at 14:02 PDT.

Time
**Tuesday, September 19, 2023 at 14:02 PDT**

From
**xsanchez@hurtiklaw.com**
**Xiomara Sanchez**
**+1 702-966-5206**

To
**+1 702-878-9995**
**7028789995@hurtik.fax.onjive.com**

Subject

Pages
**12 (173.8 KB)**

Files

**NOTC - Notice of Bankruptcy Proceedings.09.19.2023.pdf**

## Xiomara Sanchez

**From:** Xiomara Sanchez
**Sent:** Tuesday, September 19, 2023 1:45 PM
**To:** Bjohansson@atllp.com
**Subject:** DMVH LLC - Notice of Bankruptcy - SALE DATE: 9/20/2023
**Attachments:** NOTC - Notice of Bankruptcy Proceedings.09.19.2023.pdf

**Importance:** High

Good afternoon,

Please see the attached Notice of Bankruptcy proceedings on the above referenced matter. We need the pending sale for tomorrow, September 20, 2023 on 6760 Abruzzi Drive, Unit 101, North Las Vegas, NV 89084 to be cancelled as the Debtor, DMVH LLC has filed Bankruptcy. Please confirm your receipt of this email.

Sincerely,

*Xiomara G. Sanchez*

Xiomara G. Sanchez
Senior Paralegal
**Hurtik Law & Associates**
6767 W. Tropicana Ave., Ste. 200
Las Vegas, NV  89103
Ph.: 702-966-5200
Fax: 702-966-5206
xsanchez@hurtiklaw.com
www.hurtiklaw.com

PRIVACY NOTICE - This E-Mail message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above.  If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action against you.  Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents, or immediately call (702) 966-5200 to arrange for return via U.S. postal delivery at our expense. Thank you.

## Xiomara Sanchez

| | |
|---|---|
| **From:** | Xiomara Sanchez |
| **Sent:** | Tuesday, September 19, 2023 1:46 PM |
| **To:** | 'gw@tridentpacificreg.com' |
| **Subject:** | DMVH LLC - Notice of Bankruptcy - SALE DATE: 9/20/2023 |
| **Attachments:** | NOTC - Notice of Bankruptcy Proceedings.09.19.2023.pdf |
| | |
| **Importance:** | High |

Good afternoon,

Please see the attached Notice of Bankruptcy proceedings on the above referenced matter. We need the pending sale for tomorrow, September 20, 2023 on 6760 Abruzzi Drive, Unit 101, North Las Vegas, NV 89084 to be cancelled as the Debtor, DMVH LLC has filed Bankruptcy. Please confirm your receipt of this email.

Sincerely,

*Xiomara G. Sanchez*

Xiomara G. Sanchez
Senior Paralegal
**Hurtik Law & Associates**
6767 W. Tropicana Ave., Ste. 200
Las Vegas, NV  89103
Ph.: 702-966-5200
Fax: 702-966-5206
xsanchez@hurtiklaw.com
www.hurtiklaw.com

PRIVACY NOTICE - This E-Mail message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above.  If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action against you.  Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents, or immediately call (702) 966-5200 to arrange for return via U.S. postal delivery at our expense. Thank you.

**Xiomara Sanchez**

| | |
|---|---|
| **From:** | Fax <noreply@fax.goto.com> |
| **Sent:** | Tuesday, September 19, 2023 2:04 PM |
| **To:** | Xiomara Sanchez |
| **Subject:** | Fax successfully sent to +1 614-422-7575 | |



# Success!


Fax sent

Your fax to +1 614-422-7575 was successfully transmitted at 14:03 PDT.

Time
**Tuesday, September 19, 2023 at 14:03 PDT**

From
**xsanchez@hurtiklaw.com**
**Xiomara Sanchez**
**+1 702-966-5206**

To
**+1 614-422-7575**
**16144227575@hurtik.fax.onjive.com**

Subject

Pages
**12 (173.7 KB)**

Files

**NOTC - Notice of Bankruptcy Proceedings.09.19.2023.pdf**

## Xiomara Sanchez

| | |
|---|---|
| **From:** | Xiomara Sanchez |
| **Sent:** | Tuesday, September 19, 2023 2:13 PM |
| **To:** | 'mwelsh@lvlaw.com' |
| **Subject:** | DMVH LLC - Notice of Bankruptcy - SALE DATE: 9/20/2023 |
| **Attachments:** | NOTC - Notice of Bankruptcy Proceedings.09.19.2023.pdf |

**Importance:**        High

Good afternoon,

Please see the attached Notice of Bankruptcy proceedings on the above referenced matter. We need the pending sale for tomorrow, September 20, 2023 on 6760 Abruzzi Drive, Unit 101, North Las Vegas, NV 89084 to be cancelled as the Debtor, DMVH LLC has filed Bankruptcy. Please confirm your receipt of this email.

Sincerely,

*Xiomara G. Sanchez*

Xiomara G. Sanchez
Senior Paralegal
**Hurtik Law & Associates**
6767 W. Tropicana Ave., Ste. 200
Las Vegas, NV  89103
Ph.: 702-966-5200
Fax: 702-966-5206
xsanchez@hurtiklaw.com
www.hurtiklaw.com

PRIVACY NOTICE - This E-Mail message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above.  If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action against you.  Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents, or immediately call (702) 966-5200 to arrange for return via U.S. postal delivery at our expense. Thank you.

**Xiomara Sanchez**

| | |
|---|---|
| **From:** | Fax <noreply@fax.goto.com> |
| **Sent:** | Tuesday, September 19, 2023 4:41 PM |
| **To:** | Xiomara Sanchez |
| **Subject:** | Fax successfully sent to +1 214-488-1993 \| |



# Success!

✓
Fax sent

Your fax to +1 214-488-1993 was successfully transmitted at 16:40 PDT.

Time
**Tuesday, September 19, 2023 at 16:40 PDT**

From
**xsanchez@hurtiklaw.com**
**Xiomara Sanchez**
**+1 702-966-5206**

To
**+1 214-488-1993**
**12144881993@hurtik.fax.onjive.com**

Subject

Pages
**12 (173.9 KB)**

Files

**NOTC - Notice of Bankruptcy Proceedings.09.19.2023.pdf**

1

**Xiomara Sanchez**

| | |
|---|---|
| **From:** | Fax <noreply@fax.goto.com> |
| **Sent:** | Tuesday, September 19, 2023 2:04 PM |
| **To:** | Xiomara Sanchez |
| **Subject:** | Fax successfully sent to +1 972-459-1611 | |



# Success!


Fax sent

Your fax to +1 972-459-1611 was successfully transmitted at 14:04 PDT.

Time
**Tuesday, September 19, 2023 at 14:04 PDT**

From
**xsanchez@hurtiklaw.com**
**Xiomara Sanchez**
**+1 702-966-5206**

To
**+1 972-459-1611**
**19724591611@hurtik.fax.onjive.com**

Subject

Pages
**12 (173.7 KB)**

Files

**NOTC - Notice of Bankruptcy Proceedings.09.19.2023.pdf**

**Xiomara Sanchez**

| | |
|---|---|
| **From:** | Fax <noreply@fax.goto.com> |
| **Sent:** | Tuesday, September 19, 2023 3:20 PM |
| **To:** | Xiomara Sanchez |
| **Subject:** | Fax successfully sent to +1 602-264-6209 | |



# Success!


Fax sent

Your fax to +1 602-264-6209 was successfully transmitted at 15:19 PDT.

Time
**Tuesday, September 19, 2023 at 15:19 PDT**

From
**xsanchez@hurtiklaw.com**
**Xiomara Sanchez**
**+1 702-966-5206**

To
**+1 602-264-6209**
**16022646209@hurtik.fax.onjive.com**

Subject

Pages
**12 (174.0 KB)**

Files

**NOTC - Notice of Bankruptcy Proceedings.09.19.2023.pdf**

## Xiomara Sanchez

| | |
|---|---|
| **From:** | Xiomara Sanchez |
| **Sent:** | Tuesday, September 19, 2023 1:49 PM |
| **To:** | jthompson@rrfs.com |
| **Subject:** | DMVH LLC - Notice of Bankruptcy - SALE DATE: 9/20/2023 |
| **Attachments:** | NOTC - Notice of Bankruptcy Proceedings.09.19.2023.pdf |

**Importance:**          High

Good afternoon,

Please see the attached Notice of Bankruptcy proceedings on the above referenced matter. We need the pending sale for tomorrow, September 20, 2023 on 6760 Abruzzi Drive, Unit 101, North Las Vegas, NV 89084 to be cancelled as the Debtor, DMVH LLC has filed Bankruptcy. Please confirm your receipt of this email.

Sincerely,

*Xiomara G. Sanchez*

Xiomara G. Sanchez
Senior Paralegal
**Hurtik Law & Associates**
6767 W. Tropicana Ave., Ste. 200
Las Vegas, NV  89103
Ph.: 702-966-5200
Fax: 702-966-5206
xsanchez@hurtiklaw.com
www.hurtiklaw.com

PRIVACY NOTICE - This E-Mail message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above.  If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action against you.  Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents, or immediately call (702) 966-5200 to arrange for return via U.S. postal delivery at our expense. Thank you.

**Xiomara Sanchez**

| | |
|---|---|
| **From:** | Fax <noreply@fax.goto.com> |
| **Sent:** | Tuesday, September 19, 2023 2:09 PM |
| **To:** | Xiomara Sanchez |
| **Subject:** | Fax successfully sent to +1 702-878-9995 \| |



# Success!

✓
Fax sent

Your fax to +1 702-878-9995 was successfully transmitted at 14:08 PDT.

Time
**Tuesday, September 19, 2023 at 14:08 PDT**

From
**xsanchez@hurtiklaw.com**
**Xiomara Sanchez**
**+1 702-966-5206**

To
**+1 702-878-9995**
**7028789995@hurtik.fax.onjive.com**

Subject

Pages
**12 (173.9 KB)**

Files

**NOTC - Notice of Bankruptcy Proceedings.09.19.2023.pdf**