NVB 1017 (Rev. 4/20)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−23−14026−nmc |
| DMVH LLC | CHAPTER 11 |
| Debtor(s) | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEES |
| | Hearing Date: 10/31/23 |
| | Hearing Time: 02:00 PM |

The above−named debtor has failed to pay the required filing fee(s) in accordance with the following entry/entries on docket:

The debtor is delinquent in the amount of $ **1738.00** ; therefore,

**IT IS ORDERED** that the debtor and/or attorney for the debtor in the above−entitled case is directed to appear and show cause why this case should not be dismissed for failure to pay filing fees in accordance with Fed. R. Bankr. P. 1017(b). In accordance with Fed. R. Bankr. P. 1006(b)(2), the filing fee can be paid no later than 180 days from the filing of the petition.

The hearing will be held TELEPHONICALLY before a United States Bankruptcy Judge, as follows:

| | |
|---|---|
| Hearing Date: | 10/31/23 |
| Hearing Time: | 02:00 PM |
| Hearing Phone Number: | (669) 254−5252 |
| Hearing Meeting ID: | 161 166 2815 |
| Hearing Passcode: | 115788 |

The hearing will not be held, and the case will not be dismissed if payment is received *at least three (3) business days* before the scheduled hearing. Payment of court filing fees and installment payments may be paid online at https://www.nvb.uscourts.gov/filing/filing−fees/online−payments/, by mail, or in person with money order or cashier's check for the exact amount. Cash is not accepted.

Dated: 9/26/23

*Mary A. Schott*

Mary A. Schott
Clerk of Court