CASEY J. NELSON, ESQ.
Nevada Bar #12259
BRANDON TROUT
Nevada Bar #13411
WEDGEWOOD, LLC
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146
Telephone: (702) 305-9157
Facsimile: (310) 730-5967
E-mail: caseynelson@wedgewood-inc.com
btrout@wedgewood-inc.com

*Attorneys for Movant*
*Catamount Properties 2018, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>DMVH, LLC<br><br>Debtor. | CASE NO.: 23-14026-nmc<br>CHAPTER: 11 |

**NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

///

///

//

///

//

///

///

NOTICE IS HEREBY GIVEN that the Order Granting Motion for Relief from Automatic Stay was entered in the above-entitled action on the 14th day of November 2023, a copy of which is attached hereto.

DATED this 15th day of November 2023.

WEDGEWOOD, LLC

*/s/ Brandon Trout*

______________________________

CASEY J. NELSON, ESQ.
Nevada Bar # 12259
BRANDON TROUT, ESQ.
Nevada Bar # 13411
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146

*Attorneys for Movant*
*Catamount Properties 2018, LLC*

**CERTIFICATE OF SERVICE**

On November 15, 2023, I served the following document(s):

1. Notice Of Entry of Order Granting Motion for Relief From Automatic Stay.

**Via the EFC System to the following parties:**

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

REGINA A. HABERMAS on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
rh@tblaw.com, nvbk@tblaw.com

MEGAN K. MCHENRY on behalf of Creditor Gregg Williams
m.mchenry@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com; malopez.4727@gmail.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JONATHON R. PATTERSON on behalf of Debtor DMVH LLC
jpatterson@hurtiklaw.com, xsanchez@hurtiklaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 15th day of November 2023.

*/s/ Nikki L. Trautman*

______________________________________
An Employee of the Office of the General Counsel for Wedgewood, LLC

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
November 14, 2023

Casey J. Nelson, Esq.
Nevada Bar # 12259
Brandon Trout, Esq.
Nevada Bar # 13411
WEDGEWOOD, LLC
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146
Tel: (702) 305-9157
Fax: (310) 730-5967
caseynelson@wedgewood-inc.com
btrout@wedgewood-inc.com

*Attorneys for Movant*
*Catamount Properties 2018, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>DMVH, LLC<br><br>Debtor. | CASE NO.: 23-14026-nmc<br>CHAPTER: 11<br><br>Date of Hearing: October 31, 2023<br>Hearing Time: 9:30 a.m. |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The Court has considered the Motion for Relief from Automatic Stay which came for hearing on the date and time captioned above. The Motion was unopposed. Accordingly, and for good cause, the Court makes the following Findings of Fact, Conclusions of Law, and Order:

1. The Motion affects real property located at 4790 Gracemont Ave., Las Vegas, NV 89139 ("Property").
2. Movant obtained title to the Property prior to the commencement of Debtor's bankruptcy case.
3. The Property is not part of the Debtor's bankruptcy estate.

IT IS ORDERED, ADJUDGED and DECREED that the Motion is GRANTED pursuant to 11 U.S.C. § 362(d)(2).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that as to Movant, its successors, transferees and assigns, the stay is Terminated as to the Debtor and the Debtor's bankruptcy estate.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Movant may enforce its state law remedies, including to obtain possession of the Property in accordance with applicable law.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is hereby waived.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS SO ORDERED.

///

///

///

///

///

///

///

///

**Respectfully Submitted by:**

WEDGEWOOD, LLC

*/s/ Brandon Trout*

_____________________________
CASEY J. NELSON, ESQ.
Nevada Bar # 12259
BRANDON TROUT
Nevada Bar #13411
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146

*Attorney for Movant*
*Catamount Properties 2018, LLC*

**Approved as to Form and Content this _____ day of November 2023:**

HURTIK LAW & ASSOCIATES

[DID NOT RESPOND]

_____________________________
JONATHAN R. PATTERSON, ESQ.
Nevada Bar # 9644
6767 W. Tropicana Ave., Ste. 200
Las Vegas, NV 89103

*Attorney for Debtor*