UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

DMVH LLC,

          Debtor

Chapter 11

Case No. 23-14026-nmc

Hearing Date: November 21, 2023

Hearing Time. 9:30 a.m.

**OPPOSITION TO MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

DMVH LLC in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully submit this objection (the "Objection") to Troy Craig, Diana Craig and Amy Craig (collectively, the "Movants") filed their Motion for Relief from Automatic Stay (the "Motion") on October 31, 2023 (Document #27) and represent as follows:

**Preliminary Statement**

Owner of DMVH LLC, Nam Pham, arrived in Halifax, Canada in 1978 escaping the Communist regime in Vietnam. Upon arriving in Canada, Mr. Pham immediately obtained work in the fishing industry. Soon after, in 1979, Mr. Pham moved to Edmonton and began working for steel manufacturer Stelco Inc. as an industrial mechanic. Mr. Pham remained at Stelco for the next Twenty (20) years.

In approximately 1999, Mr. Pham moved to Calgary and began investing in real estate and trading in financial markets. Mr. Pham purchased a residential apartment complex at 10525 Jasper Avenue, Edmonton, Canada. This property was sold in 2001 for Three Hundred, Ninety-Four Thousand Dollars and Zero Cents ($394,000.00). Mr. Pham also purchased an additional property in Edmonton, Canada located at 4011, 12 Ave, Edmonton, Alberta that he sold in 2004 for One Hundred Thirty-Three Thousand Dollars and Zero Cents ($133,000.00).

In 2008, Pham began researching properties in Las Vegas, Nevada and decided to invest his money in real estate in Clark County. Later Plaintiff HOANG wanted to get into the Las Vegas real estate market. Thereafter the Defendant obtained the following properties;

| Address | Date of Purchase | Purchase Amount |
|---|---|---|
| 25 Gold Bar Court | 9/22/2009 | $95,000.00 |
| 370 N. 15th | 10/15/2009 | $58,000.00 |
| 904 Greenbank | 11/30/2009 | $70,000.00 |
| 812 Glen Abbey | 5/21/2009 | $89,250.00 |
| Total | | $312,250.00 |

Using the profits from rent from the above-mentioned properties, Mr. Pham purchased Five Additional Rental properties through HOA sales;

| Address | Date of Purchase | Purchase Amount |
|---|---|---|
| 6760 Abruzzi | 4/16/2014 | $13,500.00 |
| 3713 Broxburn | 8/20/2014 | $25,200.00 |
| 4970 Gracemont | 4/16/2014 | $10,500.00 |
| 3867 Terrazzo | 12/24/2013 | $33,000.00 |
| 3806 Soda Springs | 12/24/2013 | $39,000.00 |
| Total | | $121,200.00 |

Mr. Pham renovated the properties and rented them out to various tenants over the years. The Properties were transferred to DMVH LLC gradually in 2014. 370 North 15th was sold to pay for quiet title litigation related to the properties.

In 2018, Mr. Pham's former girlfriend Hanh Hoang filed a lawsuit in Clark County Eighth District Court Case No. A-19-7799-12-C alleging an ownership interest in the subject properties. In that matter, the Court appointed a Receivership, at a cost of Eight Thousand Dollars and Zero Cents ($8,000.00) per month. During the litigation 3806 Soda Springs was sold. Over the course of the litigation the Receiver incurred receivership fees in the amount of One Hundred Fifty Thousand Dollars and Zero Cents ($150,000.00). To satisfy the Receivership fees the Four Plex at 25 Gold Bar was sold. To settle the underlying litigation, Plaintiff Hoang was given 904 Greenback. The Terrazo and Glen Abby properties were sold in 2022 and 4970 Gracemont was foreclosed upon in 2023 due to the Federal Foreclosure Bar. After Fifteen (15) years (overall) DMVH LLC is down to Two (2) properties, 6760 Abruzzi Drive, #101 (his residence) and 3713 Broxburn.

In Case No. A-23-877812-C recently filed in the Clark County District Court, the Preliminary Injunction was not granted against the debtor or served on the debtor(Exhibit A). The case was an avenue that the Debtor pursued but ultimately decided not to pursue. As a result of the Bankruptcy the Debtor cannot simply

dismiss the action without court approval.

**Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.**

The matters are core proceedings under 28 U.S.C. §157(b)(2)(A,G). Motion to Lift Stay The automatic stay provisions of 11 U.S.C. § 362(a) are fundamental to allow a chapter 11 debtor a reasonable attempt to reorganize. The automatic stay acts as an injunction to protect the property of the estate and becomes operative by the mere filing of a bankruptcy petition. In re Soares, 107 F.3d 969, 971 (1st Cir.1997). Hence, the "automatic" reference in the statutory provision and its effect. The broad scope and strength of the automatic stay in favor of the debtor is balanced by the rights afforded to creditors in 11 U.S.C. § 362(d)-(g). A party seeking relief from the automatic stay must file a motion under § 362(d) and Fed. R. Bankr. P. 4001.

**A.  DMVH LLC DISSOLUTION**

Nevada State Law allows Dissolved entities to be revived by paying certain fees and obtaining a Certificate of Revival. On November 3, 2023, the Debtor obtained the attached reinstatement DMVH LLC (Exhibit B).

**NRS  86.580    Renewal or revival of charter: Procedure; fee; certificate as evidence.**

    1.  Except as otherwise provided in NRS 86.246, a limited-liability company which did exist or is existing pursuant to the laws of this State may, upon complying with the provisions of NRS 86.276, procure a renewal or revival of its charter for any period, together with all the rights, franchises, privileges and immunities, and subject to all its existing and preexisting debts, duties and

liabilities secured or imposed by its original charter and amendments thereto, or existing charter....

Pursuant to State Law DMVH LLC has been reinstated with the rights and responsibilities of a corporation and the ability to proceed with instant bankruptcy.

## B. DEBTOR INTENDS TO SELL THE PROPERTY

The debtor intends to list and sell the property as part of his plan. However, the debtor is requesting that DMVH LLC be given the opportunity to list and present the property with his own real estate agent. Foreclosure properties that go to auction typically sell at a discount.

The Motion, filed approximately one and a half months after the Debtors commenced this chapter 11 cases, fails to provide a sufficient basis to grant Movants relief from the automatic stay under 11 U.S.C. § 362(d)(1). Allowing Movants relief from the automatic stay now, in the middle of the Debtors' sale process, will thwart the very purpose of the automatic stay—to give debtors a breathing spell.  If the property is listed and sold, then the creditor's interest is protected and is the same as a total liquidation bankruptcy and provides adequate protection for the Creditor's claims.

The sale of the property would provide the debtor with some equity that they can then put toward renovations for the remaining property and put toward obtaining a loan on the property to pay off the debt. By removing the stay and allowing the

creditor to proceed with the foreclosure sale, the debtor's bankruptcy plan will be placed in jeopardy and render it unfeasible.

## C. DEBTOR IS PROPOSING AN EQUITABLE SOLUTION

Bankruptcy courts are "courts of equity, empowered to invoke equitable principles to achieve fairness and justice in the reorganization process." Schwartz v. Aquatic Dev. Group, Inc. (In re Aquatic Dev. Group, Inc.), 352 F.3d 671, 680-81 (2d Cir. 2003)(citation omitted); see also Local Loan Co. v. Hunt, 292 U.S. 234, 240 54 S.Ct. 695, 78 L.Ed. 1230 (1934)("[C]ourts of bankruptcy are essentially courts of equity, and their proceedings inherently proceedings in equity.") As courts of equity, bankruptcy courts "have broad authority to modify creditor-debtor relationships." United States v. Energy Res. Co., 495 U.S. 545, 549, 110 S.Ct. 2139, 109 L.Ed.2d 580 (1990). Altman v. Alt. Debt Portfolios, L.L.C. (In re EZ Pay Servs.), 389 B.R. 278, 284 (Bankr. M.D. Fla. 2008).

In this matter, the Debtor is proposing an equitable solution through the commercial sale of the property. The Debtor can retain a licensed realtor that will accept less than Six Percent (6%) commission on the transaction. As stated above, an foreclosure auction typically brings a lower price than a standard real estate listing. The Creditor alleges approximately Two Hundred and One Thousand Dollars ($201,000.00). The Property is worth approximately Two Hundred Seventy-Two Thousand Six Hundred Dollars ($272,600.00) on Zillow (Exhibit C).

## CONCLUSION

The DMVH LLC has been reinstated with the Nevada Secretary of State. They have filed amended schedules and are participating in their Chapter 11 bankruptcy. The Debtor is proposing a plan that will ensure the highest possible price for the Subject Property and protect the Creditor's interest.

WHEREFORE, DEBTOR respectfully prays for an order of this Court:

1.      Denying Creditor's Motion for Relief for Automatic Stay.

2.      Ordering Debtor to list the Subject Property with a Licensed Real Estate Agent within Thirty (30) days of the entry of Order.

3.      Ordering Debtor to disclose any offers to Creditor and the Trustee and accept any commercially reasonable offer.

November 17, 2023.                          /s/: JONATHON R. PATTERSON
                                            Jonathon R. Patterson, Esq.

# EXHIBIT A

A-23-877812-C

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| Other Title to Property | COURT MINUTES | October 10, 2023 |
|---|---|---|

| A-23-877812-C | Norman Pham, Plaintiff(s) |
|---|---|
| | vs. |
| | National Default Servicing Corporation, Defendant(s) |

| October 10, 2023 | 10:15 AM | Minute Order |
|---|---|---|

**HEARD BY:**  Reynolds, Jacob A.              **COURTROOM:**  Phoenix Building 11th Floor 110

**COURT CLERK:**  Stephanie Squyres

## JOURNAL ENTRIES

Plaintiff filed their Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction on September 14, 2023. No opposition was received by Defendant. This matter is currently set for hearing on October 12, 2023. Having read the briefing on file and with good cause appearing the Court hereby DENIES Plaintiff's Motion for Preliminary Injunction for the following reasons.

In preparing for the Hearing the Court notes there is no evidence that a Summons has been issued in the case, nor that the Complaint and Summons have been served, nor that this Motion has been served nor the Order Shortening Time.

Plaintiff sought this relief on Order Shortening Time and it is Plaintiff's responsibility to insure that the process in receiving the Court's adjudication is fair given that the OST was granted on an ex parte basis at Plaintiff s request.

In Murphy Brothers, the United States Supreme Court identified a bedrock principle of litigation, which is  [a]n individual or entity named as a defendant is not obliged to engage in litigation unless notified of the action, and brought under a court's authority, by formal process.  See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347, 119 S.Ct. 1322, 1325, 143 L.Ed.2d 448 (1999).

As no service has been effectuated of any important document in this case, the Court DENIES the Motion for Preliminary Injunction.

| PRINT DATE: | 10/10/2023 | Page 1 of 2 | Minutes Date: | October 10, 2023 |
|---|---|---|---|---|

**A-23-877812-C**

The Hearing scheduled for Thursday October 12, 2023 is VACATED. Counsel for Plaintiff to submit the Order.

CLERK'S NOTE: This Minute Order was electronically served by Courtroom Clerk, Stephanie Squyres, to all registered parties for Odyssey File & Serve. /ss

PRINT DATE:    10/10/2023              Page 2 of 2          Minutes Date:    October 10, 2023

# EXHIBIT B

*FRANCISCO V. AGUILAR*
Secretary of State

**STATE OF NEVADA**



**DEPUTY BAKKEDAHL**
Deputy Secretary for
Commercial Recordings

**OFFICE OF THE**
**SECRETARY OF STATE**

*Commercial Recordings & Notary Division*
*401 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

Carrie E. Hurtik
6767 W. Tropicana Avenue, Suite 200
Las Vegas, NV 89103, USA

**Work Order #:** W2023110301684
November 3, 2023
Receipt Version: 1

**Special Handling Instructions:**

**Submitter ID:** 21306

**Charges**

| Description | Fee Description | Filing Number | Filing Date/Time | Filing Status | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| Certificate of Revival | Fees | 20233605424 | 11/3/2023 4:52:44 PM | Approved | 1 | $300.00 | $300.00 |
| Certificate of Revival | Formation Fee | 20233605424 | 11/3/2023 4:52:44 PM | Approved | 1 | $75.00 | $75.00 |
| Certificate of Revival | Business License Fee | 20233605424 | 11/3/2023 4:52:44 PM | Approved | 2 | $400.00 | $400.00 |
| Certificate of Revival | Business License Late Fee | 20233605424 | 11/3/2023 4:52:44 PM | Approved | 2 | $200.00 | $200.00 |
| Certificate of Revival | Annual List Fee | 20233605424 | 11/3/2023 4:52:44 PM | Approved | 2 | $300.00 | $300.00 |
| Certificate of Revival | Annual List Late Fee | 20233605424 | 11/3/2023 4:52:44 PM | Approved | 2 | $150.00 | $150.00 |
| Total | | | | | | | $1425.00 |

**Payments**

| Type | Description | Payment Status | Amount |
|---|---|---|---|
| Credit Card | ▓▓▓▓▓▓3069 | Success | $1425.00 |
| Credit Card | Service Fee | Success | $35.63 |
| Total | | | $1460.63 |

**Credit Balance:**    $0.00

Carrie E. Hurtik
6767 W. Tropicana Avenue, Suite 200
Las Vegas, NV 89103, USA

**STATE OF NEVADA**

*FRANCISCO V. AGUILAR*
*Secretary of State*



*Commercial Recordings Division*
*401 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

*DEPUTY BAKKEDAHL*
*Deputy Secretary for*
*Commercial Recordings*

**OFFICE OF THE**
**SECRETARY OF STATE**

## Business Entity - Filing Acknowledgement

11/03/2023

| | |
|---|---|
| **Work Order Item Number:** | W2023110301684 - 3263483 |
| **Filing Number:** | 20233605424 |
| **Filing Type:** | Certificate of Revival |
| **Filing Date/Time:** | 11/03/2023 16:52:44 PM |
| **Filing Page(s):** | 6 |

**Indexed Entity Information:**

| | | | |
|---|---|---|---|
| **Entity ID:** E0546852012-8 | | **Entity Name:** DMVH LLC | |
| **Entity Status:** Active | | **Expiration Date:** None | |

Commercial Registered Agent
MAIL LINK LLC
848 N RAINBOW BLVD, Las Vegas, NV 89107, USA

The attached document(s) were filed with the Nevada Secretary of State, Commercial Recording Division. The filing date and time have been affixed to each document, indicating the date and time of filing. A filing number is also affixed and can be used to reference this document in the future.

Respectfully,

FRANCISCO V. AGUILAR
Secretary of State

Page 1 of 1



**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
        www.nvsilverflume.gov

# Annual or Amended List and State Business License Application - Continued

## Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:

CORPORATION, INDICATE THE <u>MANAGER</u>:

| Norman Pham | | USA |
| --- | --- | --- |
| Name | | Country |

| 6760 Abruzzi Drive, Unit 101 | N Las Vegas | NV | 89084 |
| --- | --- | --- | --- |
| Address | City | State | Zip/Postal Code |

None of the officers and directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** Norman Pham

**Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, Subscriber, Member, Owner of Business, Partner or Authorized Signer** *FORM WILL BE RETURNED IF UNSIGNED*

| Member | 11/02/2023 |
| --- | --- |
| Title | Date |

**X** Norman Pham

**Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, Subscriber, Member, Owner of Business, Partner or Authorized Signer** *FORM WILL BE RETURNED IF UNSIGNED*

| Member | 11/03/2023 |
| --- | --- |
| Title | Date |



**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

| | |
|---|---|
| | E0546852012-8 |
| Secretary of State | Filing Number |
| State Of Nevada | 20233605424 |
| | Filed On |
| | 11/03/2023 16:52:44 PM |
| | Number of Pages |
| | 6 |

# Certificate of Reinstatement/Revival
## NRS 78, 78A, 80, 81, 82, 84, 86, 87, 87A, 88, 88A and 89
☐ Reinstatement          ☑ Revival

| | |
|---|---|
| **1. Entity information:** | Name of entity as on file with the Nevada Secretary of State:<br><br>DMVH LLC<br><br>Entity or Nevada Business Identification Number (NVID):  **NV20121638527** |
| **2. Registered Agent for Service of Process:** (check only one box)<br><br>**2a. Certificate of Acceptance of Appointment of Registered Agent:**<br>(Include "Registered Agent Acceptance/ Statement of Change" form if needed for signature) | ☑ Commercial Registered Agent (name only below)  ☐ Noncommercial Registered Agent (name and address below)  ☐ Office or position with Entity (title and address below)<br><br>**MAIL LINK LLC**<br>Name of Registered Agent **OR** Title of Office or Position with Entity<br><br>848 N RAINBOW BLVD / Street Address    Las Vegas / City    Nevada / 89107 / Zip Code<br><br>Mailing Address (If different from street address)    City    Nevada / Zip Code<br><br>*I hereby accept appointment as Registered Agent for the above named Entity. If the registered agent is unable to sign the Articles of Incorporation, submit a separate signed Registered Agent Acceptance form.*<br><br>X _____<br>Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity    Date |
| **3. Date When Revival is to Commence:** | Date when revival of charter is to commence or be effective, which may be before the date of the certificate:  **11/03/2023** |
| **4. Duration of Revival:**<br>(A date is required for entities under NRS 88) | Indicate whether or not the revival is to be perpetual, and, if not perpetual, the time for which the revival is to continue. Limited Partnership under NRS 88 must indicate a date.<br>The corporation's existence shall be: PERPETUAL or _____ |
| **5.Current List :**<br><br>Reinstatements:<br>List of Officers, Managers, Managing Members, General Partners, Managing Partners,Trustee or Subscribers<br><br>Revivals:<br>List of Officers, Managers, Managing Members, General Partners, Managing Partners or Trustee | CORPORATION, INDICATE THE <u>MANAGER</u>, OR EQUIVALENT OF:    Title: **MANAGER**<br><br>**Norman Pham**                           **USA**<br>Name                                    Country<br><br>**6760 Abruzzi Drive, Unit 101**    **N Las Vegas**    **NV**  **89084**<br>Address                          City         State  Zip/Postal Code |

*This form must be accompanied by appropriate fees.*

**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website:  www.nvsos.gov
             www.nvsilverflume.gov

# Certificate of Reinstatement/Revival
## NRS 78, 78A, 80, 81, 82, 84, 86, 87, 87A, 88, 88A and 89

☐ Reinstatement          ☑ Revival

| | |
|---|---|
| **6. Statement of Fact:** (Revivals only, select one. Entities under NRS 84 cannot revive) | ☐  Revival pursuant to 78.730 or 81.010: (check one)<br><br>The undersigned declare that the corporation desires to revive its corporate charter and is, or has been, organized and carrying on the business authorized by its existing or original charter and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of Chapters 78 and/or 81.<br><br>☐  The undersigned declare that they have obtained written consent of the stockholders of the corporation holding at least a majority of the voting power and that this consent was secured; furthermore, that they are the person(s) designated or appointed by the stockholders of the corporation to revive the corporation.<br><br>☐  The undersigned declare that they are the person(s) who have been designated by a majority of the directors in office to sign this certificate and that no stock has been issued. Membership approval not required under NRS 81.010(2). |
| | ☐  Revival pursuant to 80:<br>The undersigned declare that the corporation desires to revive its qualification to do business and is, or has been, organized and carrying on the business authorized by its existing or original qualification and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of Chapter 80.<br><br>☐  The undersigned declare that they have obtained written consent of the stockholders of the corporation holding at least a majority of the voting power and that this consent was secured; furthermore, that they are the person(s) designated or appointed by the stockholders of the corporation to revive the qualification.<br><br>☐  The undersigned declare that they are the person(s) who have been designated by a majority of the directors in office to sign this certificate and that no stock has been issued. |
| | ☐  Revival pursuant to 82:<br><br>The undersigned declare that the corporation desires to revive its corporate charter and is, or has been, organized and carrying on the business authorized by its existing or original charter and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of Chapters 81 and 82.<br><br>This certificate must be executed by the President or Vice President **AND** Secretary or Assistant Secretary.<br><br>The undersigned declare that the execution and filing of this certificate has been approved unanimously by the last-appointed surviving directors of the corporation and the unanimous consent has been secured: |

*This form must be accompanied by appropriate fees.*



**FRANCISCO V. AGUILAR**
**Secretary of State**
**401 North Carson Street**
**Carson City, Nevada 89701-4201**
**(775) 684-5708**
**Website: www.nvsos.gov**
**www.nvsilverflume.gov**

# Annual or Amended List and State Business License Application

☑ **ANNUAL**  ☐ **AMENDED** (check one)

### List of Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:

| | |
|---|---|
| **DMVH LLC** | **NV20121638527** |
| NAME OF ENTITY | Entity or Nevada Business Identification Number (NVID) |

## TYPE OR PRINT ONLY - USE DARK INK ONLY - DO NOT HIGHLIGHT

***IMPORTANT:*** *Read instructions before completing and returning this form.*

Please indicate the entity type (check only one):

| Filed in the Office of | Business Number E0546852012-8 |
|---|---|
| *[signature]* F.V.Aguilar | Filing Number 20233605424 |
| Secretary of State State Of Nevada | Filed On 11/03/2023 16:52:44 PM |
| | Number of Pages 6 |

☐ Corporation
    ☐ This corporation is publicly traded, the Central Index Key number is: _____

☐ Nonprofit Corporation (see nonprofit sections below)

☐ Limited-Liability Company

☐ Limited Partnership

☐ Limited-Liability Partnership

☐ Limited-Liability Limited Partnership

☐ Business Trust

☐ Corporation Sole

Additional Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers, may be listed on a supplemental page.

---

**CHECK ONLY IF APPLICABLE**
Pursuant to NRS Chapter 76, this entity is exempt from the business license fee.
    ☐ 001 - Governmental Entity
    ☐ 006 - NRS 680B.020 Insurance Co, provide license or certificate of authority number

**For nonprofit entities formed under NRS chapter 80:** entities without 501(c) nonprofit designation are required to maintain a state business license, the fee is $200.00. Those claiming an exemption under 501(c) designation must indicate by checking box below.
    ☐ Pursuant to NRS Chapter 76, this entity is a 501(c) nonprofit entity and is exempt from the business license fee.
    Exemption Code 002

**For nonprofit entities formed under NRS Chapter 81:** entities which are Unit-owners' association or Religious, Charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C $ 501(c) are excluded from the requirement to obtain a state business license. Please indicate below if this entity falls under one of these categories by marking the appropriate box. If the entity does not fall under either of these categories please submit $200.00 for the state business license.
    ☐ Unit-owners' Association    ☐ Religious, charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C. $501(c)

**For nonprofit entities formed under NRS Chapter 82 and 80:** **Charitable Solicitation Information - check applicable box**
Does the Organization intend to solicit charitable or tax deductible contributions?
    ☐ No - no additional form is required
    ☐ Yes - the "Charitable Solicitation Registration Statement" is required.
    ☐ The Organization claims exemption pursuant to NRS 82A 210 - the "Exemption From Charitable Solicitation Registration Statement" is required

**\*\*Failure to include the required statement form will result in rejection of the filing and could result in late fees.\*\***

**FRANCISCO V. AGUILAR**
**Secretary of State**
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
     www.nvsilverflume.gov

# Certificate of Reinstatement/Revival
## NRS 78, 78A, 80, 81, 82, 84, 86, 87, 87A, 88, 88A and 89
☐ Reinstatement          ☑ Revival

| | | |
|---|---|---|
| **6. Statement of Fact:**<br>(Revivals only, select one. Entities under NRS 84 cannot revive) | ☑ | **Revival pursuant to 86.580:**<br>The undersigned declare that the limited-liability company desires to revive its charter and is, or has been,<br>organized and carrying on the business authorized by its existing or original charter and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of Chapter 86.<br><br>The undersigned declares that he has been designated or appointed by the members to sign this certificate. Furthermore, the execution and filing of this certificate has been approved and secured by the written consent of a majority of the members. |
| | ☐ | **Revival pursuant to 86:**<br>The undersigned declare that the foreign limited-liability company desires to revive its registration and is, or has been, organized and carrying on the business authorized by its existing or original registration and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of NRS 86.5467.<br><br>The undersigned declares that he/she has obtained approval by written consent of the majority in interest and that this consent was secured. |
| | ☐ | **Revival pursuant to 87, 87A, 88 or 88A:**<br>The undersigned declare that the limited partnership, limited-liability partnership, limited-liability limited partnership or business trust desires to revive its certificate and is, or has been, organized and carrying on the business authorized by its existing or original certificate and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of Chapter 87, 87A, 88 or 88A<br><br>The undersigned declares that he/she has been designated or appointed by the general partners, managing partners or trustees to sign this certificate. Furthermore, the execution and filing of this certificate has been approved and secured by the written consent of the general partners or managing partners holding at least a majority of the voting powers. |
| | ☐ | **Revival pursuant to 89:**<br>The undersigned declare that the professional association desires to revive its articles of association and is, or has been, organized and carrying on the business authorized by its existing or original articles of association and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of Chapter 89.<br><br>The undersigned declares that he/she has been designated or appointed by the members to sign this certificate. Furthermore, the execution and filing of this certificate has been approved and secured by the written consent of the holders of a membership interest in the professional association holding at least a majority of voting power. |
| **7. Signatures:**<br>(Required) | | **I declare under the penalty of perjury that the reinstatement/revival has been authorized by a court of competent jurisdiction or by the duly selected manager or managers of the entity or if the entity has no managers, its managing members.**<br><br>**I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.** |

X **Norman Pham**
Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, or Authorized Signer

| **Member** | **11/02/2023** |
|---|---|
| Title | Date |

X **Norman Pham**
Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, or

| **Member** | **11/03/2023** |
|---|---|
| Title | Date |

*This form must be accompanied by appropriate fees.*

**FRANCISCO V. AGUILAR**
**Secretary of State**
**401 North Carson Street**
**Carson City, Nevada 89701-4201**
**(775) 684-5708**
**Website:  www.nvsos.gov**
**www.nvsilverflume.gov**

# Certificate of Reinstatement/Revival

## NRS 78, 78A, 80, 81, 82, 84, 86, 87, 87A, 88, 88A and 89

☐ Reinstatement          ☑ Revival

Authorized Signer

*FORM WILL BE RETURNED IF UNSIGNED.*



# NEVADA STATE BUSINESS LICENSE

## DMVH LLC

**Nevada Business Identification # NV20121638527**
**Expiration Date: 10/31/2024**

In  accordance with Title 7 of Nevada Revised Statutes, pursuant to proper  application duly filed and payment of appropriate prescribed  fees, the above named is hereby granted a Nevada State Business License  for business activities conducted within the State of Nevada.

Valid until the expiration date listed unless suspended, revoked or cancelled in accordance with the provisions in Nevada Revised Statutes.  License is not transferable and is not in lieu of any local business license, permit or registration.

**License must be cancelled on or before its expiration date if business activity ceases. Failure to do so will result in late fees or penalties which, by law, cannot be waived**.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on 11/03/2023.



Certificate Number: B202311034093240
You may verify this certificate
online at http://www.nvsos.gov

FRANCISCO V. AGUILAR
Secretary of State

# EXHIBIT C

# Zestimate®: $272,600

**2** bd   **2** ba   **1,196** sqft

6760 Abruzzi Dr UNIT 101, North Las Vegas, NV 89084

● **Auction**

Get auction details ⧉

Overview   Facts and features   Foreclosure information   Home value   Price and tax history   Rental value

🏢  Condominium

📅  Built in 2006

🌡️  No data

❄️  No data

Ⓟ  No data

## Overview

Buy Through Auction.com.
This foreclosure property is a great opportunity to invest in this neighborhood and generate potential pro
this property on Auction.com today to receive helpful updates such as property status changes, auction c
location information, and the winning bid amount, if available.

**Show more**

**7 days** on Zillow      **79** views      **4** saves

Listed by:
Auction.com Customer Service,
Auction.com

Source: Auction.com 2